IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| MICHAEL SMITH,<br><br>               Plaintiff,<br><br>vs.<br><br>WRIGHT MEDICAL GROUP, INC.;<br>WRIGHT MEDICAL<br>TECHNOLOGY, INC.; and DOES 1-<br>10,<br><br>               Defendants. | CV 20-169-M-DLC-KLD<br><br><br>ORDER OF RECUSAL |

I hereby recuse myself from this matter on the ground that my sister,

Elizabeth Kaleva, is the owner and sole shareholder of Kaleva Law Office.

Accordingly, I ask that this case be reassigned.

DATED this 19th day of November, 2020.

Kathleen L. DeSoto
United States Magistrate Judge